**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DOUGLAS E. HUMPHREY, | : | No. 75 MM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COMMON PLEAS COURT OF | : | |
| BRADFORD COUNTY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 5th day of July, 2018, the Application for Leave to File Original Process and the Application for Leave to Supplement a No Answer Letter are GRANTED, and the Petition for Writ of Mandamus is DENIED.